IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK N. JARVIS** | **:** | **CIVIL ACTION NO. 1:14-CV-1492** |
| **Plaintiff** | **:** | **(Judge Kane)** |
| | **:** | **(Magistrate Judge Blewitt)** |
| **v.** | **:** | |
| | **:** | |
| **MARY E. D'ANDREA** | **:** | |
| **Defendant** | **:** | |

## O R D E R

Before the Court in the captioned action is an August 8, 2014 Report and Recommendation of the Magistrate Judge.   No timely objections have been filed.

Accordingly, on this 27th  day of August, 2014, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) Plaintiff Jarvis' *in forma pauperis* request (Doc. No. 2) is granted solely for the purpose of filing this action.

3) Plaintiff Jarvis' Complaint (Doc. No. 1) is **DISMISSED** in its entirety with prejudice.

4) The Clerk of Court shall **CLOSE** this case.


s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania