**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEREK N. JARVIS,** : | |
|     Plaintiff : | No. 1:14-cv-01492 |
| : | |
| v. : | (Judge Kane) |
| : | |
| **MARY E. D'ANDREA,** : | (Magistrate Judge Blewitt) |
|     Defendant : | |

## ORDER

**AND NOW**, on this 9th day of January 2015, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for reconsideration of the Court's order adopting the Report and Recommendation of Magistrate Judge Blewitt (Doc. No. 9) is **DENIED**.

                                                          s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania